UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  STEVEN WAYNE BONILLA | No. 2:24-cv-03719-JAM-CSK |
| | No. 2:24-cv-03722-JAM-CSK |
| | No. 2:24-cv-03723-JAM-CSK |
| | No. 2:24-cv-03724-JAM-CSK |
| | No. 2:24-cv-03727-JAM-CSK |
| | No. 2:24-cv-03730-JAM-CSK |
| | No. 2:24-cv-03731-JAM-CSK |
| | No. 2:24-cv-03733-JAM-CSK |
| | No. 2:24-cv-03763-JAM-CSK |
| | No. 2:24-cv-03772-JAM-CSK |
| | ORDER |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

1

1  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in
2  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
3  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
4  the Court to open a new case for each attempted new pleading and assign it to the Court for
5  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
6  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.[1]

Accordingly, IT IS HEREBY ORDERED that 2:24-cv-03719, 2:24-cv-03722, 2:24-cv-03723, 2:24-cv-03724, 2:24-cv-03727, 2:24-cv-03730, 2:24-cv-03731, 2:24-cv-03733, 2:24-cv-03763 and 2:24-cv-03772 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE** these cases.  **No further filings will be accepted**.

Dated: January 13, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] In the caption of 2:24-cv-03723, plaintiff names the Kings County Superior Court.  To the extent plaintiff intended to raise the claims raised in 2:24-cv-03723 in the United States District Court for the Eastern District of California, this Court finds that the claims raised in 2:24-cv-03723 are related to Plaintiff's Alameda County criminal conviction.